JS-6

1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>   Plaintiffs,<br><br> vs.<br><br>GREG J. HARRIS CONSTRUCTION, INC., a California corporation, and HARRIS CONSTRUCTION ENGINEERING, INC., a California corporation,<br><br>   Defendants. | CASE NO.: CV09-01065 DSF (JCx)<br><br>ASSIGNED TO THE HONORABLE JUDGE DALE S. FISCHER<br><br>**JUDGMENT** |

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendants Greg J. Harris Construction, Inc. and Harris Construction Engineering, Inc. (hereinafter collectively, "Defendants"), jointly, and plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust ("Trustees"), and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from Greg J. Harris Construction, Inc. and Harris Construction Engineering, Inc., jointly and severally, the principal amount of $18,500.00, plus pre-judgment and post-judgment interest thereon from February 1, 2010, at the rate of six percent (6%) per annum, from the date judgment is entered until paid in full.

DATED: 2/12/10

_____
UNITED STATES DISTRICT JUDGE